LAQUER, URBAN, CLIFFORD & HODGE LLP
Susan Graham Lovelace, State Bar No. 160913
Denise E. Carter, State Bar No. 240774
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Carter@luch.com

Counsel for Plaintiffs, Trustees of the Southern California
IBEW-NECA Pension Plan, et al.,

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, NATIONAL ELECTRICAL INDUSTRY FUND, and CONTRACT COMPLIANCE FUND, | CASE NO.: CV08-03275 CAS (RZx) ASSIGNED TO THE HONORABLE CHRISTINA A. SNYDER **JUDGMENT** |
| Plaintiffs, | |
| vs. | |
| WALKER ELECTRIC, INC., a California corporation, | |
| Defendant. | |

- 1 -

1

2        This action having been commenced on July 9, 2008, and the Court having approved

3   the stipulation of the parties for entry of judgment against Defendant, and for good cause

4   shown, IT IS HEREBY ORDERED AND DECREED that:

5        Plaintiffs, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION

6   PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST

7   FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL

8   AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL

9   BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-

10   MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL

11   IBEW-NECA LABOR-MANAGEMENT COMMITTEE, LOS ANGELES ELECTRICAL

12   WORKERS CREDIT UNION, NATIONAL ELECTRICAL INDUSTRY FUND, and

13   CONTRACT COMPLIANCE FUND, shall recover from Defendant, WALKER ELECTRIC,

14   INC., a California corporation, the principal amount of $60,000.00, plus pre-judgment and

15   post-judgment interest thereon at the rate of five percent (5 %) per annum from February 1,

16   2009, until paid in full.  Defendant, WALKER ELECTRIC, INC, a California corporation,

17   shall pay the Plaintiffs for all reasonable attorney's fees and court costs incurred in connection

18   with the collection of the judgment rendered herein.

19

20

21   DATED: January 28, 2009        _Christine A. Snyde_____

22                                UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

182837.1